JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONINE JENKINS,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; CHILDRENS HOSPITAL LOS ANGELES EMPLOYEE BENEFIT PLAN; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV09-09301 JST (Ex)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The above-referenced action shall be dismissed in its entirety with prejudice as to all defendants, with the parties to bear their own respective attorneys' fees and costs.

DATED: August 18, 2010    **JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT COURT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4829-6375-7319 v1

2250841_1

- 1 -

CASE NO. CV09-09301 JST (Ex)
ORDER RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION